## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**ALEX MARCUM**                                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:24-cv-97-MPM-JMV**

**LINCOLN STEVEN LEWIS, ET AL.**                             **DEFENDANTS**

### PROTECTIVE ORDER

This matter is before the court *sua sponte* for entry of an abbreviated protective order as follows:

Disclosure of the documents identified as the employment files of Phillips, Key, and Lewis will in light of concerns over confidential personal information be limited to the parties, their attorneys, and their experts for trial preparation purposes. Provided, however, nothing in this order of protection will be deemed to govern the filing of documents—with or without restriction (such as sealing)—on the docket, or their utilization, with or without restriction, at hearings or trials.

Rather, in the event any party desires to file one or more of the specified documents on the docket as an exhibit or otherwise, it shall provide the other parties three (3) business days' notice, during which period any party may file a motion to have viewing of the document restricted/sealed on the docket, provided it can do so in accordance with the particular requirements of L.U. Civ. R. 79 and any applicable law governing sealing, restricting, or viewing of judicial records. Unless and until such a motion, if timely made, is ruled on, the document(s) shall not be placed of record. Provided further, the utilization of such documents at hearings or trial shall be at the discretion of the presiding judge.

This order and the limitations contained herein regarding disclosure of the specified documents is not a determination that any of the specified documents should be restricted/sealed

from public disclosure pursuant to L.U. Civ. R. 79. If, ultimately, any party desires to file the specified documents of record, the three business days' notice of intent to do so shall serve as a gateway for resolution of the issue in accordance with the Local Rules.

**SO ORDERED** this the 16th day of June, 2025.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**